In the Matter of the Estate of KATHERINE B. JOHNSTON. ANNIE D. SWAIN, Appellant; FRANK HASBROUCK, as Executor, et al., Respondents.

*Matter of Johnston (Estate),* 184 App. Div. 904, affirmed.

(Argued November 12, 1918; decided November 26, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 18, 1918, which affirmed a decree of the Dutchess County Surrogate's Court adjudging that a legacy given in the will of Katherine B. Johnston to the appellant was not entitled to a preference over the other legacies, and denying the appellant's petition for the immediate payment thereof. The legacy was in the following words: " *Second.* I give and bequeath to my friend, Annie DuBois Swain, the sum of ten thousand dollars. I direct my executor to pay her this legacy in full at once upon my death, as soon as may be, and without any deduction or rebate for transfer or other tax; and I direct my executor to pay any tax upon this legacy out of the residue of my estate as an expense of the settlement of my estate."

*William G. Cooke* and *Howard O. Wood* for appellant.
*Frank B. Loun* fcr respordents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, McLAUGHLIN and CRANE, JJ.